**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| NANOLUMENS ACQUISITION INC.,<br>    4900 Avalon Ridge Parkway,<br>    Norcross, Georgia 30071<br>    a Georgia Corporation, and<br><br>NANOLUMENS, INC.,<br>    4900 Avalon Ridge Parkway,<br>    Norcross, Georgia 30071<br>    a Georgia Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>GABLE SIGNS & GRAPHICS, INC.<br>    7948 Ft. Smallwood Road<br>    Baltimore, Maryland 21226<br>    Anne Arundel County<br>    a Maryland Corporation,<br><br>d/b/a GABLEVISION<br>d/b/a GABLESIGNS<br>d/b/a GABLE<br>d/b/a THE GABLE COMPANY<br><br>    Defendant. | Civil Action File<br>No.: 17-cv-1592 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs NanoLumens Acquisition Inc. and NanoLumens, Inc. hereby give notice that the above captioned action is voluntarily dismissed, without prejudice. Defendant has not yet served an answer or motion for summary judgment in this case.

THIS 5th day of July 2017.

                                     /s/ *Wilson G. Barmeyer*
                                     Wilson G. Barmeyer
                                     Attorney No. 14119

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW
Suite 700
Washington, DC 20001-3980
Telephone: 202.383.0100
Facsimile: 202.637.3593
E-mail: wilsonbarmeyer@eversheds-sutherland.com

Ann G. Fort (*admitted pro hac vice*)
Anna C. Halsey (*admitted pro hac vice*)
Walter S. Freitag (*admitted pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street NE
Suite 2300
Atlanta, Georgia 30309
Telephone: 404.853.8000
Facsimile:  404.853.8806
Email:  annfort@eversheds-sutherland.com
           annahalsey@eversheds-sutherland.com
           walterfreitag@eversheds-sutherland.com

*Attorneys for Plaintiffs NanoLumens Acquisition Inc. and  NanoLumens, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 5th day of July, 2017.

/s/ *Wilson G. Barmeyer*